UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JENNIFER MASLOWSKI et al.,

                              Plaintiffs,                  No. 24-CV-1277 (CS)

   - against -                                            **ORDER**

JPMORGAN CHASE BANK, N.A.,

                              Defendant.
-------------------------------------------------------------x

CATHY SEIBEL, United States District Judge:

     As explained at the bench ruling on May 30, 2025, which I incorporate by reference herein, Defendant's motion to compel arbitration as to Plaintiff Cindy Carrasco is GRANTED. The Court previously granted Defendant's motion to compel arbitration as to the other named Plaintiffs at the bench ruling on January 22, 2025, which I also incorporate by reference herein. Accordingly, the case is STAYED as to all Plaintiffs pending arbitration. Defendant shall provide status updates as to the arbitration every six months, or sooner if any developments warrant an update. The Clerk of Court is respectfully directed to close the case for administrative purposes only.

**SO ORDERED.**

Dated: June 2, 2025
       White Plains, New York

                                                                *Cathy Seibel*
                                                 _____
                                                   CATHY SEIBEL, U.S.D.J.